1  Jonathan A. Stieglitz (SBN 278028)
   jonathan.a.stieglitz@gmail.com
2  THE LAW OFFICES OF
   JONATHAN A. STIEGLITZ
3  11845 W. Olympic Blvd., Suite 800
   Los Angeles, California 90064
4  Telephone: (323) 979-2063

5  Attorney for Plaintiff
   Donna Greene
6
   Marcus Dong
7  mdong@kaufmandolowich.com
   Kaufman Dolowich LLP
8  425 California Street Suite 2100
   San Francisco, CA 94104
9  Telephone: (415) 926-7600

10 Attorneys for Defendant
   Simm Associates, Inc.
11

12                 **UNITED STATES DISTRICT COURT**
13                 **SOUTHERN DISTRICT OF CALIFORNIA**

14

15 | Donna Greene, individually and on behalf of all others similarly situated | Case No. 3:23-cv-2176 |
   |---|---|
16 | Plaintiff, | **The Hon. Benjamin J. Cheeks** |
17 | v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
18 | Simm Associates, Inc. | |
19 | Defendant. | **[FRCP Rule 41(a)(1)(A)(ii)]** |
20 | | Complaint Filed: 11/28/2023 |

21

22

23

24

25

26    IT IS HEREBY STIPULATED by and between Plaintiff Donna Greene,

27 ("Plaintiff") and Defendant Simm Associates, Inc. ("Defendant"), by and through

28

their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Stipulation of Dismissal with Prejudice

DATED: August 29, 2024           THE LAW OFFICES OF JONATHAN A. STIEGLITZ

                                                By:    */s/Jonathan A. Stieglitz*
                                                        Jonathan A. Stieglitz
                                                        Attorneys for Plaintiff
                                                        Donna Greene

DATED: August 29, 2024           Kaufman Dolowich, LLP

                                                By:    */s/ Marcus Dong*
                                                        Marcus Dong
                                                        Attorneys for Defendant
                                                        Simm Associates, Inc.